JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAREGAMA INDIA LTD., an Indian Company<br><br>    Petitioner,<br><br>    v.<br><br>TRILLER PLATFORM CO., a Delaware Corporation<br><br>    Respondent. | Case No. 2:24-cv-07681-ODW-BFM<br><br>**JUDGMENT** |

In accordance with the Court's Order Confirming Arbitral Award and Directing Entry of Judgment, it is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Award is recognized and confirmed;
2. Judgment is hereby entered on behalf of Saregama and against Triller in the amount of $603,801.84 with interest on such amount at the rate of 9.55% per annum until payment in full;
3. Saregama may seek to recover an award of its reasonable attorney's fees and costs; and
4. The Clerk of the Court shall vacate all remaining dates and close this case.

**IT IS SO ORDERED**.

Dated: December 16, 2024

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE