O

# United States District Court
# Central District of California

| | |
|---|---|
| SAREGAMA INDIA LTD.,<br><br>                Petitioner,<br><br>     v.<br><br>TRILLER PLATFORM CO.,<br><br>                Respondent. | Case № 2:24-cv-07681-ODW (BFMx)<br><br>**ORDER GRANTING STIPULATION TO AWARD PETITIONER ATTORNEYS' FEES AND COSTS** |

Pursuant to the parties' Stipulation as to Amount of the Award of Petitioner's Attorney's Fees and Costs, (ECF No. 26), and finding good cause therein, the Court **GRANTS** the Stipulation. Petitioner Saregama is hereby awarded attorneys' fees in the amount of $24,600 (based on 61.5 hours at $400 per hour) and costs in the amount of $550 (based on fees of $405 for filing and $145 for service), for a total award amount of **$25,150.00**.

**IT IS SO ORDERED.**

December 19, 2024

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**